■ JAMES C. PULLMAN, III, Individually and as Administrator of the Estate of CARMELLA PULLMAN, Deceased, Appellant, v JAMES C. PULLMAN, JR., et al., Respondents. (Appeal No. 2.) [629 NYS2d 687] —Appeal unanimously dismissed without costs *(see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR

5501 [a] [1]). (Appeal from Order of Supreme Court, Oneida County, Tenney, J.—Set Aside Verdict.) Present—Pine, J. P., Fallon, Callahan, Doerr and Balio, JJ.